United States District Court
for the
Southern District of Mississippi
Western Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 29 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

Xavier McGhee

-vs-

Amite County Jail
Chief Investigator Danny Meaux

5:24-cv-114-DCB-ASH

Claim for Wrongful Imprisonment

On or about the day of June, 12 2023, I Xavier McGhee was brought to the Amite County jail being said of unpaid fines. On June, 13 2023 I was told that I was charged with 5 times simple assault, trespassing and felony taking a motor vehicle, also said that there were warrants for my arrest. I asked the jailor on duty for a copy of these warrants and a copy of each affidavit. In response I recieve nothing, then told there will be no court for me until August, 1 2023 and a $25,000.00 cash bond and a MDOC hold. On August, 1 2023 I go to court in Gloster Mississippi inside the Town Hall where without

an affidavit of incigency, I was given Gus Sermos to represent me with the Honorable Judge Roger Arnold proside. The owner of the car I alledgedly stole stated during preliminary that "I did not steal or try to steal their car" and I was still bound over to a grand jury. The owner of the car name is Madison Rachal who is the fiancé of William Phipps who is second cousin to Judge Roger Arnold, which makes this a conflict of intrest. Upon proparing for transport back to the Amite County Jail, I briefly spoke with the Police Chief of the Gloster Police Department, Chief Carl Lee Banks about the malfeasance in which he stated quote "We know you're not gonna pay us our money, get your ass in the car" unquote. On September, 11 2023 Probation Officer Troy Floyd told the Amite County Jail that they were holding me illegally and to lift the MDOC hold in which they did. Attorney Gus Sermos agreed after nearly 6 months to talk to the DA about throwing out the felony taking a motor vehicle, in return, Chief Investigator Danny Meaux placed a contraband charge on me from a shakedown from a month prior so that with 2 felonies I would have no bond. On July, 11 2024 I signed a plea to a lesser charge of malicious mischef, only to regain a bond so that I could go to work and hire an out of town attorney, but in doing so on

September, 12 2024 yet another MDOC hold was placed on me for Count 1; Felony Taking A motor Vehicle and Count 2; Possession of Contraband inside A correctional facility saying yet again NO BOND. On October, 13 2024 I wrote a letter to the new probation officer Agent Benedict Collins. Agent Collins told me if I had not written the letter, that they had no knowledge of my incarceration. I signed for the first time Revokation papers and I begin to think about and process all that is happening, which leads to this claim of wrongful imprisonment.

Plaintiff(s)

  Xavier McGhee
    4148
Amite County Jail
P.O. Box 208 Liberty, MS 39645


Defendant(s)
(1) Amite County Jail
243 S. Broad St
Liberty, MS 39645
Individual and official capacity

(2) Chief Investigator Danny Meaux
Amite County Sheriffs office
Assistant Chief of Police / Gloster Police Department
Gloster, MS 39638 / Liberty, MS 39645
Individual and Official capacity

Basis of Jurisdiction
A.) Bringing a suit against
   State or local officials (A 1983 claim)

B.) ① Wrongful Imprisonment
   ② Abuse of power
   ③ Abuse of process
   ④ Due process of law
   ⑤ Service of process

⑥ Exaustion of Administrative Remedies Administrative Procedures.

A. This claim arose while confined in The Amite County Jail

B.) The Amite County Jail does Not have A grievance procedures

Respectfully Submitted
October, 25 2024
Xavier McGhee